**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER WITHDRAWING MEDIATION ORDER

Appellate case name:     City of Houston and The Police Officers and Firefighters Civil Service Commission v. Lisa Simmons

Appellate case number:   01-12-00800-CV

Date motion filed:       October 31, 2012

Type of Motion:          Objection to Mediation

Party filing motion:     Appellee

Trial court case number: 0444542

Trial court:             80th District Court of Harris County

It is **ORDERED** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated October 23, 2012.


Judge's signature:  /s/ Justice Jennings
                         x Acting individually


Date:  November 8, 2012[i]

---

[i]     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).